PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Orlando Mandrell Reames</u>  Case Number: <u>3:07-00025</u>

Name of Current Judicial Officer: <u>The Honorable Kevin H. Sharp, Chief U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable Robert L. Echols, U.S. District Judge</u>

Date of Original Sentence: <u>November 6, 2008</u>

Original Offense: <u>18 U.S.C. § 371 Conspiracy to Commit Credit Union Robbery</u>

Original Sentence: <u>60 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 11, 2015</u>

Assistant U.S. Attorney: <u>William L. Deneke</u>  Defense Attorney: <u>Jack E. Seaman</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 16th day of May, 2015,
and made a part of the records in the above case.

_____
Kevin H. Sharp
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
James Foster
U.S. Probation Officer

Place    Nashville, Tennessee

Date    May 14, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

    On April 23 and May 12, 2015, Mr. Reames submitted urine samples which tested positive for marijuana and cocaine. Mr. Reames admitted that on April 22, 2015, he smoked a marijuana cigarette laced with cocaine. He denies having used any illegal drugs since that time.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Orlando Reames began his term of supervised release on February 11, 2015, and is scheduled to complete his term on February 10, 2018. He is currently employed at a local motel and resides with his mother, Carol Comer, in Nashville, Tennessee.

As previously reported to the Court, Mr. Reames submitted urine samples on March 30 and April 13, 2015, which tested positive for marijuana and cocaine. When questioned by the probation officer, Mr. Reames admitted to using both drugs twice in late March 2015, and again on April 12, 2015, following the death of his aunt. He reported that he again used drugs on April 22, 2015, because he felt overwhelmed by the stress of adjusting to life outside of prison. Mr. Reames denies having used any illegal drugs since that time and cannot explain the positive test result from May 12, 2015.

Mr. Reames was referred to Centerstone Mental Health, in Nashville, Tennessee, for mental health and substance abuse treatment. He has been diagnosed as suffering from Schizoaffective Disorder, Cannabis Use Disorder, and Cocaine Use Disorder. Mr. Reames failed to attend treatment appointments on April 29 and May 6, 2015, citing conflicts with employment and family responsibilities. The probation officer explained to Mr. Reames that he must attend all treatment appointments and noted their importance, not only as a condition of his supervision, but in addressing his substance abuse and mental health issues. Mr. Reames has promised to attend all future appointments and comply with his treatment conditions.

**U.S. Probation Officer Recommendation:**
It is recommended that Mr. Reames be continued on supervision with no further action taken at this time, in order to take advantage of treatment services. Should Mr. Reames fail to attend any future treatment appointments, or again test positive for the use of illegal drugs, the probation officer will increase the frequency of his treatment sessions and request a hearing before the Court to address the noncompliance. Assistant U.S. Attorney William L. Deneke has been advised of these matters and is in agreement with this recommendation.

Approved: _(signature)_
Britton Shelton
Supervisory U.S. Probation Officer