UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:07-cr-025 |
| v. | ) | Judge Sharp |
| | ) | |
| ORLANDO MANDRELL REAMES | ) | |

AGREED ORDER OF JUDGMENT

Based upon his admission in open court, the Defendant is found to have violated the terms of his supervised release as alleged in Violation 1 of the Petition (Docket Entry 83).

The Defendant, Orlando Reames, is sentenced to a term of Supervised Release of two (2) years, to begin running upon his release from state custody. Mr. Reames will comply with same conditions of Supervised Release as previously imposed (Docket Entry 64, pages 3-4, Page ID #151-2), which are attached to this order. In addition, as a condition of his supervised release, Mr. Reames will reside in a halfway house immediately after he is released from custody for a period of up to six months, as directed by the U.S. Probation Office. Mr. Reames should contact the United States Probation Office for the Middle District of Tennessee, if possible, and inform them of his projected release date from state custody when that date becomes known to him. In addition, he will report in person to the U.S. Probation Office within 48 hours of being released from custody.

Violation 2 of the Petition is dismissed on motion of the Government. Mr. Reames is released from federal custody, and all federal detainers resulting from this action are dismissed.

IT IS SO ORDERED.

_____
Kevin H. Sharp
United States District Judge

Approved for Entry:

| | |
|---|---|
| *s/ Caryll S. Alpert* | David Rivera |
| Attorney for Orlando Reames | United States Attorney for the |
| 810 Broadway, Suite 200 | Middle District of Tennessee |
| Nashville, Tennessee 37203 | |
| Telephone: (615) 736-5047 | By: *s/William L. Deneke* |
| | Assistant United States Attorney |
| | A-961 U.S. Courthouse |
| | Nashville, Tennessee 37203 |
| | Telephone: (615)736-5151 |