# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| ORLANDO MANDRELL REAMES | ) | |
| | ) | Case No. 3:07-cr-00025 |
| | ) | USM No. 18321-075 |
| | ) | Jennifer Thompson |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___1 - 6___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Dismissal from Diersen Charities Residential Reentry Center | 03/26/0202 |
| 2 | Use of illicit substances | 08/12/2020 |
| 3 | Failure to attend random drug testing | 09/21/2020 |
| 4 | Failure to notify the probation officer at least 10 days prior | 10/01/2020 |

The defendant is sentenced as provided in pages 2 through ___1___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) ___7 and 8___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5494

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Nashville, TN

06/08/2021
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

June 11, 2021
Date

DEFENDANT: ORLANDO MANDRELL REAMES
CASE NUMBER: 3:07-cr-00025

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|   | to any change is residence or employment |   |
| 5 | Failure to notify the probation officer within 72 hours of being questioned by law enforcement | 10/01/2020 |
| 6 | Failure to pay restitution as owed ($3,123) | 05/09/2018 |

DEFENDANT: ORLANDO MANDRELL REAMES
CASE NUMBER: 3:07-cr-00025

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

100 days

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL